UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RAPHAEL CARRERA, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Criminal No. 11-40028-JLT |
| | * | |
| J. GRONDOLSKY., | * | |
| | * | |
| Respondent. | * | |

ORDER

March 26, 2012

TAURO, J.

This court ACCEPTS and ADOPTS the March 9, 2012 <u>Report and Recommendation on Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241</u> [#14] of Magistrate Judge Boal.  For the reasons set forth in the <u>Report and Recommendation,</u> this court hereby orders that Respondent's <u>Motion to Dismiss</u> [#7] is ALLOWED.  This case is CLOSED.

IT IS SO ORDERED.

                         /s/ Joseph L. Tauro
                     United States District Judge