UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RAPHAEL CARRERA, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Criminal No. 11-40028-JLT |
| | * | |
| J. GRONDOLSKY., | * | |
| | * | |
| Respondent. | * | |

ORDER

March 26, 2012

TAURO, J.

This court ACCEPTS and ADOPTS the March 9, 2012 Report and Recommendation on Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [#14] of Magistrate Judge Boal. For the reasons set forth in the Report and Recommendation, this court hereby orders that Respondent's Motion to Dismiss [#7] is ALLOWED. This case is CLOSED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge